UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

MICHAEL ZAPEL,

                Plaintiff,

v.

USF REDDAWAY INC.,

                Defendant.

3:11-cv-535-AC

ORDER OF DISMISSAL

ACOSTA, Magistrate Judge:

Based on the parties' Stipulation of Dismissal[19], IT IS HEREBY ORDERED, that: (1) This matter is DISMISSED with PREJUDICE; (2) Motions, if any, are DENIED as moot; and (3) All scheduling dates in this matter are vacated and stricken from the calendar.

DATED this 23rd day of April, 2012.

_____
JOHN V. ACOSTA
United States Magistrate Judge

1- ORDER OF DISMISSAL